POLLOCK *v.* HARVEY, APPELLANT.

Argued March 28, 1892. Appeal, No. 137, Jan. T., 1892, from judgment of C. P. No. 3, Phila. Co., March T., 1889, No. 244, for want of a sufficient affidavit of defence, against defendants, John L. Harvey and George A. Doyle. Before PAXSON, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL and HEYDRICK, JJ.

Suit on interpleader bond.

This was a proceeding upon the interpleader bond in the foregoing matter, in which the court below gave judgment for want of a sufficient affidavit of defence, the affidavit in the case setting up the same matters which were relied upon by the affiant in his application to the court to open the judgment of nonsuit. The court gave judgment for want of a sufficient affidavit and defendant appealed.

*Errors assigned* were (1, 2, 3) same as in the preceding appeal; (4) entering judgment for want of a sufficient affidavit of defence.

*William H. Burnett, John Sparhawk, Jr.,* with him, for appellants.

*James Aylward Develin,* for appellee, not called on.

PER CURIAM, April 18, 1892:
Judgment affirmed.

City of Philadelphia to use *v.* Unknown Owner. Pilling's Appeal.

*Municipal lien for paving—Sufficiency of lien filed—Application to open judgment—Laches—Discretion of Court.*

A lien filed in 1875 for paving, which did not specify by what authority the work was done and which was filed against an unknown owner, on which judgment was recovered and revived, was sought to be stricken off in 1890. From the depositions it appeared that the owner knew of the work being done, and promised payment soon after the entry of the judgment. The court below refused to strike off the lien or to open the judgment entered thereon:

*Held,* not to be error.